IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CHARLES J. EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04-CV-1178-T |
| ) | |
| CITY OF OPELIKA, et al., ) | |
| ) | |
| Defendants. ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On December 7, 2004, Charles J. Edwards, an inmate, filed this 42 U.S.C. § 1983 action. On February 23, 2005, this court entered an order, a copy of which was mailed to the plaintiff. This order was returned to the court because the plaintiff was no longer at the address he had provided for service. In the order of procedure entered in this case, the plaintiff was instructed to immediately inform the court of any new address. *See Order of January 13, 2005 - Court Document No.* 7 at 4. As Edwards had failed to comply with this directive, the court entered an order requiring that on or before March 11, 2005 the plaintiff inform the court of his present address. *See Order of March 2, 2005 - Court Doc. No. 14*. The plaintiff was cautioned that failure to comply with such order would result in a recommendation that this case be dismissed. *Id*. at 2. The time allowed the plaintiff for filing a response has expired and he has filed nothing in response to the aforementioned order. The court therefore concludes that this case is due to be dismissed.

**CONCLUSION**

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be

dismissed without prejudice for failure of the plaintiff to prosecute this action and his failure to comply with the orders of this court.

It is further

ORDERED that the parties shall file any objections to the said Recommendation on or before March 28, 2005.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a de novo determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 15th day of March, 2005.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE